**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**


**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**V.**                                    **CASE NO. 5:23-CR-50045-001**

**CRISTAL MENDOZA**                                            **DEFENDANT**


**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 19) filed in

this case on July 31, 2023, by the Honorable Christy Comstock, United States Magistrate

Judge for the Western District of Arkansas.  Both parties have waived the right to object

to the Report and Recommendation for the purpose of expediting acceptance of the guilty

plea in this matter.  *Id.* at ¶ 5.

The Court has reviewed this case and, being well and sufficiently advised, finds

that the Report and Recommendation is proper and should be and hereby is **ADOPTED**

**IN ITS ENTIRETY**.  Accordingly, Defendant's guilty plea is accepted.  The written plea

agreement will be subject to final approval by the undersigned at sentencing.

**IT IS SO ORDERED** on this 31st day of July, 2023.

           */s/ Timothy L. Brooks*_____
           TIMOTHY L. BROOKS
           UNITED STATES DISTRICT JUDGE